AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

WILMA I. FITZPATRICK

**SUMMONS IN A CIVIL ACTION**

V.

ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES

CASE NUMBER:  2:07-CV-519-ID

TO: (Name and address of Defendant)

ALABAMA DEPARTMENT OF AGRICULTURE & INDUSTRIES
ATTN: LEGAL DEPARTMENT
1445 FEDERAL DRIVE
MONTGOMERY, ALABAMA  36107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JURALDINE BATTLE-HODGE
207 MONTGOMERY STREET, SUITE 215
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

6/13/07

_____
CLERK

*V. Austin*

(By) DEPUTY CLERK

DATE: