**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Dept. of Agriculture
& Industries
Attn: Legal Department
1445 Federal Drive
Montgomery, AL 36107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Moore  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) C. Moore
C. Date of Delivery 6-14-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07cv519

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7000 1670 0012 6259 08

Domestic Return Receipt  102595-02-M-1540