IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILMA I. FITZPATRICK,** )  )  | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv519-ID |
| v. ) | |
| ) | |
| **ALABAMA DEP'T OF AGRICULTURE** ) | |
| **& INDUSTRIES,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but no later than July 19, 2007.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within 4 to 6 weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website, www.almd.uscourts.gov.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the Judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

Done this 3rd day of July, 2007.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE