IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Nortnern _____ DIVISION

RECEIVED

2007 JUL -9  A 10: 34

Wilma I. Fitzpatrick _____ ,  )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )    CASE NO. 2:07-cv-519
                                   )
Alabama Department of AG & I ____  )
                                   )
        Defendants,                )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Wilma I. Fitzpatrick , a  Plaintiff    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                       Relationship to Party

_____               _____

_____               _____

_____               _____

7/9/07
/Date

(Signature)

**Juraldine Battle-Hodge**
(Counsel's Name)

**Wilma I. Fitzpatrick**
Counsel for (print names of all parties)
207 Montgomery Street, Suite 215
Montgomery, AL 36104
Address, City, State Zip Code
(334) 262-1177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Juraldine Battle-Hodge _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9th _____ day of July _____ 20_07_, to:

Alabama Department of Agriculture & Industries

Attn: Legal Department

1445 Federal Drive

Montgomery, AL 36107



7/9/07
_____
Date

_____
Signature