IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILMA I. FITZPATRICK | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-0519-ID |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| AGRICULTURE & INDUSTRIES, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

Section 3 of the court's Uniform Scheduling Order entered on August 28, 2007 (Doc. No. 9) contains a typographical omission. The purpose of this Order is to correct the error. Accordingly, it is

CONSIDERED and ORDERED that the first sentence of Section 3 is hereby AMENDED to read as follows: "On or before **TWENTY-ONE DAYS** after the deadline for the filing of dispositive motions, counsel for all parties shall conduct a face-to-face settlement conference at which counsel shall engage in good faith settlement negotiations."

The Uniform Scheduling Order otherwise shall remain in full force and effect.

Done this 30th day of August, 2007.

                      /s/ Ira DeMent
                      SENIOR UNITED STATES DISTRICT JUDGE